CNA COVERAGE LITIGATION GROUP
Karen Ventrell (SBN 118445)
2020 K Street N.W., Suite 750
Washington, DC 20006-1915
Tel.: (202) 416-4762
Fax: (312) 260-4568
*karen.ventrell@cna.com*

CLYDE & CO US LLP
Bruce D. Celebrezze (SBN 102181)
633 West 5th Street, 28th Floor
Los Angeles, CA 90071
*bruce.celebrezze@clydeco.us*
Tel: (415) 365-9870

Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

November 27, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YS Garments d/b/a Next Level Apparel, <br><br>Plaintiff,<br><br>vs.<br><br>Continental Casualty Company,<br><br>Defendant | Case No.: 2:17-cv-3345 SJO (JEMx)<br><br>**[FINAL JUDGMENT** |

    Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters Final Judgment in this action as follows:

    For the reasons stated in the Court's order (the "Order") dated October 9, 2018 [ECF 137] Granting the summary judgment motion of Defendant Continental Casualty Company ("Defendant Continental") [ECF 125] and Denying the partial

summary judgment motion [ECF 129] of Plaintiff YS Garments Inc. dba Next Level Apparel ("Plaintiff Next Level"):

1. Judgment is hereby entered in favor of Defendant Continental and against Plaintiff Next Level.

2. Defendant Continental shall recover its costs.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: 11/27/18     By: _____
                          The Honorable S. James Otero
                          Judge of the United States District Court